**John A. MARQUE and Mrs. Robert L. Hickerson, Co-Executors of the Succession of Robert L. Hickerson.**

No. 47020.

Dec. 16, 1963.

In re: John A. Marque and Mrs. Robert L. Hickerson, etc., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 157 So. 2d 368.

Writ refused. We find no error of law in the judgment of the Court of Appeal.

158 So.2d 613

**Mary GATHRIGHT, Tutrix of her minor children on their behalf**

v.

**LIBERTY MUTUAL INSURANCE COMPANY.**

No. 47013.

Dec. 16, 1963.

The application is denied. According to the facts of the case as found to be by the Court of Appeal, the judgment complained of is correct.

158 So.2d 613

**James TOLBERT**

v.

**Roy THOMAS.**

No. 47028.

Dec. 20, 1963.

In re: Roy Thomas applying for writs of certiorari, mandamus and prohibition.

Writs refused. We find no error in the ruling complained of.

FOURNET, C. J., and HAMLIN, J., are of the opinion the writs should be granted.